UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA DROSSOS,

    Plaintiff,

v.                              CASE NO.  8:13-CV-2271-T-17EAJ

METRO DESIGN USA, LLC,
etc., et al.,

    Defendants.

_____/

ORDER

This cause is before the Court sua sponte.

Plaintiff Drossos is proceeding pro se in this case.  Plaintiff Drossos was represented by counsel, but has consented to the withdrawal of Plaintiff's counsel.  The Court has granted leave for counsel to withdraw.

The Court **reminds** Plaintiff Drossos that a pro se party **is subject to** the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida. The Court also directs Plaintiff Drossos to the website of the Middle District of Florida, www.flmd.uscourts.gov, which includes the Local Rules and guidance intended to assist a party who elects to proceed in litigation without a lawyer.  The Court **directs** Plaintiff to comply with all procedural rules, and all Orders entered in this case, including the case management and scheduling order.

If Plaintiff Drossos intends to obtain other counsel, the Court **directs** Plaintiff Drossos to obtain other counsel within fourteen days.

Case No. 8:13-CV-2271-T-17EAJ

Accordingly, it is

**ORDERED** that Plaintiff Drossos **shall comply** with the Federal Rules of Civil Procedure and the Local Rules, and the Orders entered in this case. If Plaintiff Drossos intends to obtain counsel, Plaintiff Drossos **shall obtain counsel** within fourteen days.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 10th day of November, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record